IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JESUS ROMERO,<br><br>    Defendant. | Case No. 3:17-CR-30196-NJR-1 |

## ORDER DISMISSING INDICTMENT

**ROSENSTENGEL, Chief Judge:**

Now before the Court is the Government's Motion to Dismiss the Indictment against Defendant Jesus Romero. (Doc. 51). On November 15, 2017, a grand jury indicted Romero with one count of Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances and one count of Possession with Intent to Distribute Fentanyl. (Doc. 1). The Government now moves to dismiss the indictment against Romero without prejudice due to Romero's death on April 24, 2022, which was confirmed through a letter received by the Government on April 14, 2025, from the Southern Nevada Health District. (Docs. 51; 51-1).

The Court **GRANTS** the Government's motion (Doc. 51). The Indictment (Doc. 1) is **DISMISSED without prejudice** as to Defendant Jesus Romero pursuant to Federal Rule of Criminal Procedure 48(a).

IT IS SO ORDERED.

DATED: April 29, 2025

_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**